IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ALISA WALKER for
Israel El Walker                                                                      PLAINTIFF

v.                           Civil No. 05-4062

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                                        DEFENDANT

## JUDGMENT

Comes now the Court on this 20th day of September, 2006, in accordance with the Memorandum Opinion filed in the above styled case on today's date, and hereby considers, orders and adjudges that the decision of the Commissioner of Social Security is affirmed and plaintiff's complaint is hereby dismissed with prejudice.

IT IS SO ORDERED.

                                                  **/s/ Beverly Stites Jones**

                                                  HON. BEVERLY STITES JONES
                                                  UNITED STATES MAGISTRATE JUDGE